**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

| | | |
|---|---|---|
| **MARVIN ULISES RODRIGUEZ GUEVARA** | ) | Case No. 1:25-cv-01893 |
| | ) | |
| v. | ) | Judge Jerry Edwards, Jr. |
| | ) | |
| | ) | Magistrate Judge |
| | ) | Joseph H L Perez-Montes |
| **ELEAZAR GARCIA,** et al | ) | |
| | ) | |

**ORDER**

IT IS ORDERED that FERNANDA ROMEIRO be and is hereby admitted to the bar of this Court pro hac vice on behalf of Marvin Ulises Rodriguez Guevara in the above-described action.

SO ORDERED on this, the __22nd__ day of ___January___ , 2026.

_____
U.S. Magistrate Judge