**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **MARVIN ULISES RODRIGUEZ GUEVARA** ) | |
| ) | |
| v.                                                    ) | |
| ) | **Case No. 1:25-cv-01893** |
| ) | |
| **ELEAZAR GARCIA,** Warden,                 ) | |
| Winn Correctional Center;                       ) | |
| **MELISSA HARPER**,                            ) | |
| Field Office Director at ICE New Orleans Field Office; ) | |
| **TODD LYONS**, Acting Director of          ) | |
| U.S. Immigration and Customs Enforcement ) | |
| **KRISTI NOEM**, Secretary of the U.S.     ) | |
| Department of Homeland Security;           ) | |
| and, **PAMELA BONDI**,                        ) | |
| Attorney General of the United States,       ) | |
| in their official capacities                      ) | |
| ) | |
| Respondents.                           ) | |
| ) | |

**ORDER**

THIS MATTER having come before the Court on Marvin's Rodriguez Guevara's Motion for Extension of Time to File proof of Service, and the Court having reviewed the Motion and finding good cause shown;

IT IS HEREBY ORDERED that the Motion is GRANTED.

IT IS FURTHER ORDERED that the deadline for Plaintiff to File Proof of Service is extended from January 30, 2026, to February 10, 2026.

Dated:  January 28, 2026

~~United States District Judge~~

JOSEPH H.L. PEREZ-MONTES
UNITED STATES MAGISTRATE JUDGE