# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### ALEXANDRIA DIVISION

**MARVIN ULISES RODRIGUEZ GUEVARA**                    **DOCKET NO. 25-CV-1893 SEC P**

**VERSUS**                                            **JUDGE EDWARDS**

**ELEAZAR GARCIA ET AL**                              **MAG. JUDGE PEREZ-MONTES**

### <u>JUDGMENT</u>

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein (ECF No. 18), noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS HEREBY ORDERED that the Petition for Writ of Habeas Corpus (ECF No. 1) is DENIED, but DISMISSED WITHOUT PREJUDICE.

IT IS FURTHER ORDERED that the Motion to Expedite Ruling (ECF No. 14) is DENIED as MOOT.

THUS ORDERED AND SIGNED in Chambers this 22nd day of July, 2026.

_____
JUDGE JERRY EDWARDS, JR.
UNITED STATES DISTRICT COURT